Form a0ndfcfl

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

---

In Re: Robert Lyndale Johnson
      Afonda Michelle Johnson
              Debtor(s)

SSN/TAX ID:
    xxx–xx–4584
    xxx–xx–5885

Case No.: 2:08–bk–56599

Chapter: 13

---

## NOTIFICATION OF DEFICIENCY

The following deficiency was noted in your filing:

☐ In order for this case to be administered, it is necessary to file a Chapter 13 Plan within 15 days from the filing date of your petition.

☐ The PDF document does not match the docket text. Please file an amended document. Re:

☐ For future reference, a should be filed using

☐ The attached PDF document is unreadable. Please file an amended document. Re:

☐ The PDF document appears to be filed in an incorrect case. Please withdraw the document and file in the correct case or file an amended document. Re:

☒ Other Deficiencies: **To: Universal Mortgage Corp: Your Proof of Claim no. 13 for this case was filed with no signature. Please file an Amended Proof of Claim which contains a signature.**

Dated: September 23, 2008

                                        FOR THE COURT:
                                        Kenneth Jordan
                                        Clerk, U.S. Bankruptcy Court